FILED
2019 Jul-25 AM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA


# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WILLIAM BARNES,** | ) |
| **Plaintiff,** | ) |
| v. | ) **CIVIL ACTION NUMBER:** |
| | ) **5:19-CV-00486-AKK** |
| **LIBERTY LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between Plaintiff William Barnes and Defendant Liberty Life Assurance Company of Boston, by and through their respective counsel of record, that the Court may make and enter its Order dismissing all claims against the Defendant with prejudice, each party to bear its own costs and fees.

Dated this 25th day of July, 2019.

4837-5349-8781.1

Respectfully submitted,

*Annette T. Kelley /mmw*
*with permission*

Annette T. Kelley
THE HAMILTON FIRM
2401 Broad Street, Suite 102
Chattanooga, Tennessee 37408
423.634.0871 (phone)
423.634.0874 (facsimile)
atk@thehamiltonfirm.com

*Attorney for Plaintiff William Barnes*



Jason A. Walters
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com

*Attorney for Liberty Life Assurance Company of Boston*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

Annette T. Kelley
THE HAMILTON FIRM
2401 Broad Street, Suite 102
Chattanooga, TN 37408
423.634.0871 (phone)
423.634.0874 (facsimile)
atk@thehamiltonfirm.com

*Attorneys for Plaintiff*

                                      *s/Jason A. Walters*